**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SARAVENAZ SAFAI, individually, and on behalf of all others similarly situated,

Plaintiff,

FLAGSTAR BANKCORP, INC.; FLAGSTAR BANK, FSB; and DOES 1-50, Inclusive,

Defendants.

Case No.: 8:23-cv-00165-DOC-KES

Judge David O. Carter

**ORDER RE: JOINT STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF MICHIGAN AND TO TOLL AND EXTEND FLAGSTAR'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [9]**

**[PROPOSED] ORDER**

Based on the joint stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action, *Saravenaz Safai v. Flagstar Bankcorp, Inc., Flagstar Bank, FSB, and Does 1-50, Inclusive*, Case No. 8:23-cv-00165-DOC-KES, shall be transferred to the Eastern District of Michigan; and
2. Flagstar's deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint shall be tolled pending transfer of this action, and Flagstar's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint shall be determined as ordered by the transferee court.

**IT IS SO ORDERED.**

DATED: January 30, 2023

David O. Carter

Honorable David O. Carter
United States District Judge